IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAY 20  PM 4:50

| | |
|---|---|
| KEN KALINOSKI, TRUSTEE OF THE 4646 ROCKCLIFF ROAD LAND TRUST, §<br>§<br>§<br>§ PLAINTIFF, §<br>§<br>V. §<br>§<br>CHICAGO TITLE INSURANCE CO., §<br>§ DEFENDANT. § | CAUSE NO. 1:16-CV-422-LY |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the Joint Stipulation of Dismissal with Prejudice filed May 19, 2016 (Clerk's Doc. No. 4). The court has reviewed and approves the stipulation. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** this _____ day of May, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE